SARAH ROSENBLUM, Respondent, v. JOSEPH M. ROSENBLUM, Appellant.— In an action for separation on the ground of cruelty, abandonment and non-support the court awarded plaintiff a decree on the ground of non-support. Judgment reversed on the law and the facts, without costs, and the complaint dismissed on the law, without costs. In our opinion the evidence was insufficient to support a finding that the defendant neglected and failed to support his wife and child. Inconsistent findings of fact and conclusions of law are reversed and new findings and conclusions will be made. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur. Settle order on notice.

MARY RUBINSTEIN, Respondent, v. BERTHA RUBINSTEIN, Appellant.— Action to recover damages for injuries sustained as the result of plaintiff's falling from a defective step at the rear of a house upon premises owned and controlled by the defendant through the alleged negligence of the defendant owner in permitting the step to become defective. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ETHEL LEWIS RYAN and JOHN S. RYAN, Appellants, v. GEDNEY, INC., and SANDY HOOK PILOTS ASSOCIATION, Respondents.— Appeal from order denying motion for examination of defendants before trial. Appeal dismissed, without costs. (See *Ryan* v. *Gedney, Inc., ante*, p. 843, decided herewith.) Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

MOLLY R. SCHOENBRUN, Respondent, v. ARTHUR SCHOENBRUN, Appellant.— Appeal from an order in an action for absolute divorce awarding plaintiff temporary alimony at the rate of forty dollars a week and directing the payment of the sum of $1,000 as counsel fees. Order modified on the facts by reducing the amount directed to be paid as counsel fees to $650, and, as so modified, affirmed, without costs. In our opinion the amount awarded as counsel fees was excessive. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur. Settle order on notice.